# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:16−cr−00722
Honorable Sara L. Ellis

Dariusz Przybylek

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 13, 2018:

MINUTE entry before the Honorable Sara L. Ellis as to Dariusz Przybylek (1). The Court denies Defendant's motion for entry of order [16] without prejudice to Defendant filing the motion in the appropriate case. This Court has no jurisdiction to entertain Defendant's motion. Defendant must file the motion in 06−cr−246. No appearance required, 2/14/18. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.